**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

GLENDA D. PACE,

        Plaintiff,

v.                                    CASE NO. 4:08cv342-SPM/AK

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court on the Magistrate Judge's Report

and Recommendation (doc. 26).  The parties have been afforded an opportunity

to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No

objections have been filed.  Having considered the Report and Recommendation,

it is hereby ORDERED as follows:

1.      The Magistrate Judge's Report and Recommendation (doc. 26) is

        ADOPTED and incorporated by reference in this order.

2.      Defendant's motion for remand (doc. 25) is ***granted***.

3.      The Commissioner's decision shall be ***reversed and remanded*** to

        the Commissioner at the Social Security Administration for

        rehearing, pursuant to 42 U.S.C. § 405(g).

4.      The Clerk shall enter a judgment reversing the decision of

Defendant Commissioner.

DONE AND ORDERED this <u>twenty-eighth</u> day of May, 2009.


_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge