# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GLENDA D. PACE,

    Plaintiff,

vs.                                                                                  4:08-CV-342-SPM/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR ATTORNEY FEES

Upon consideration of Plaintiff's Motion for Attorney Fees (doc. 32) and Defendant's response (doc. 34) stating that the parties have reached an agreement as to the amount of fees, it is hereby ORDERED AND ADJUDGED as follows:

1. The Motion (doc. 32) is granted.

2. The Clerk shall enter judgment against Defendant and in favor of Plaintiff in the amount of **$3,581.46** for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

3. Payment shall be made payable and mailed directly to the

Plaintiff's Attorney, Heather Freeman.

DONE AND ORDERED this <u>sixth</u> day of October, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge